IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS**, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 08-cv-148-WDS ) |
| **YARBER MASONRY, INC.**, and **JAKE YARBER**, individually, | ) ) ) ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

The Court **GRANTS** plaintiff's Motion for Default Judgment, and **IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from the defendants, **Yarber Masonry, Inc.**, and **Jake Yarber**, individually, the sum of five thousand one hundred twenty four dollars and seven cents ($5,124.07) for delinquent contributions known to be owed by defendants to plaintiff.

2. That plaintiffs recover from the defendants, **Yarber Masonry, Inc.**, and **Jake Yarber**, individually, the sum of sixty three dollars and twenty four cents ($63.24) for liquidated damages.

3. That plaintiffs recover from defendants, **Yarber Masonry, Inc.**, and **Jake Yarber**, individually, the costs of these proceedings to include the sum of one thousand five hundred thirty two dollars and fifty cents ($1,532.50) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

4. Partial Judgment is hereby entered against the defendants, **Yarber Masonry, Inc.**, and **Jake Yarber**, individually, in the amount of six thousand seven hundred nineteen dollars and eighty one cents ($6,719.81).

5. That defendants are ordered to turn over their payroll records and books to plaintiffs, by August 15, 2008, so that an audit of same can be conducted. Upon the conclusion of which, plaintiffs are ordered to file a Motion to Supplement the Motion for Default Judgment.

6. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

7. That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.


DATED: August 18, 2008

                s/*WILLIAM D. STIEHL*
                United States District Judge